**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-10-665 |
| RANDOLPH BURKE WELLS, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * *

## MEMORANDUM ORDER

Before this Court is the Defendant Randolph Burke Wells's Motion for Compassionate Release (ECF No. 119), which was filed on September 14, 2023. While the Motion was pending, Defendant was released. *See Find an Inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/# (search by register number 31568-037).

Accordingly, the Court can no longer grant Defendant's requested relief, early release from prison. "Simply stated, a case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

The Fourth Circuit Court of Appeals has determined that requests for compassionate release under § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 U.S. App. LEXIS 31869, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, 2023 WL 4758733, at *1 (4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there is no longer a live controversy regarding the orders denying his motions for compassionate

release and for reconsideration.").

As the Court now lacks subject matter jurisdiction to hear this matter, Defendant Randolph Burke Wells's Motion for Compassionate Release (ECF No. 119) is DENIED AS MOOT.  It is SO ORDERED this 25th day of July, 2024.

                                                /s/
                                       Richard D. Bennett
                                       United States Senior District Judge